UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| DARIOUS JAMAL BRITTON, | : | Civil No. 1:16-cv-01214-PLM-ESC |
| | : | |
| Plaintiff, | : | Hon. Paul L. Maloney |
| | : | United States District Judge |
| v. | : | |
| | : | Hon. Ellen S. Carmody |
| NANCY A. BERRYHILL,[1] | : | United States Magistrate Judge |
| Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Dated:  March  2 , 2017

 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.